IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01775-OES

MARK E. DAVIS,

    Plaintiff,

v.

LT. ENDRE SAMU, (Internal Classification); in his individual capacity,
CAPTAIN, SHANE JOHNSON; in his individual capacity, and
ASSOCIATE WARDEN; DELAYNE TORNOWSKI; in his individual capacity,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 25 2005

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO CLARIFY HIS INTENT TO FILE PETITION
PURSUANT TO FED. R. CIV. P. 27(a)(1)

---

Originally on September 1, 2005, Plaintiff submitted a document to the Court titled "Motion for a Permenent [sic] -an-or- Temporary Restraining Order." In the Motion, Plaintiff requests that the Court issue a restraining order against Defendants. Plaintiff further contends in the Motion that he is threatened, intimidated, and in fear of bodily injury apparently by Defendants. Plaintiff also states in the Motion that he intends to file an action regarding retaliation by staff members for his filing a previous prisoner complaint, Case No. 03-cv-01956-WYD-BNB, in this Court.

The Court reviewed the document, determined that it is deficient, and directed Plaintiff to file his claims on a Prisoner Complaint form and to submit to the Court a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

On October 17, Plaintiff filed a Motion and Affidavit. However, as opposed to filing a Prisoner Complaint, he filed a document titled "Supplemental/Amended Petition

Pursuant to Federal Rules Civil Procedure 27(a)(1)." In the Supplemental/Amended Petition, Plaintiff seeks both that certain reports be preserved pursuant to Rule 27 and that the Court issue a cease and desist order against Defendants.

Because Mr. Davis is proceeding *pro se*, the Petition will be construed liberally. *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). In order for the Court to address a request for injunctive relief, Plaintiff must have a complaint and action pending before the Court. The Court directed Plaintiff to file a Complaint, on September 14, which he now has failed to do. Plaintiff's request for a restraining order, therefore, is inappropriate at this time.

As for Plaintiff's request that records be preserved, it is not clear what records Plaintiff requests to be preserved besides the information notes and incident reports written by Defendant Lieutenant Endre Samu on or about August 22 through August 27, 2005, concerning Plaintiff. To the extent Plaintiff is asking for preservation of records that pertain to Case No. 03-cv-01956-WYD-BNB, such a request is inappropriate in the instant action and should be addressed in Case No. 03-cv-01956-WYD-BNB.

Prior to bringing an action, Fed. R. Civ. P. 27 allows a person to petition a court "to perpetuate testimony regarding any matter that may be cognizable in any court of the United States." Fed. R. Civ. P. 27(a)(1). Relief under Rule 27 is available "[i]f the court is satisfied that the perpetuation of the testimony may prevent a failure or delay of justice." Fed. R. Civ. P. 27(a)(3). The Court, therefore, will direct Mr. Davis to not only clarify his request for preservation, but also state how each request meets the requirements under Rule 27(a)(1). Once the Court determines which records that Plaintiff seeks to have preserved and whether he has met the five requirements for

each of the requests, the Court will determine whether Mr. Davis is entitled to relief under Fed. R. Civ. P. 27(a). However, rather than dismiss the action at this time, Mr. Davis will be allowed to file an Amended Petition that conforms to this Order. Accordingly, it is

ORDERED that Mr. Davis shall file an Amended Petition that conforms to this Order. It is

FURTHER ORDERED that the Amended Petition shall be titled, "Amended Petition Pursuant to Fed. R. Civ. P. 27(a)," and shall be filed with the Clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589, **within thirty days from the date of this Order**. It is

FURTHER ORDERED that, if Mr. Davis fails to comply **within thirty days from the date of this Order**, this action will be dismissed without further notice.

DATED at Denver, Colorado, this 25 day of October, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01775-OES

Mark E. Davis
Prisoner No. 64280
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/25/05

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk